IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FEDERAL LIFE INSURANCE COMPANY (MUTUAL),** | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | CA 05-0657-KD-C |
| **LINDA M. RUFFIN,** | : | |
| | : | |
| Defendant. | | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 20, 2005 is ADOPTED as the opinion of this Court.

DONE this 17th day of January 2006.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**